# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

        Plaintiff,

v.

JAMES H. HAINES,

        Defendant.

2:10-CR-600 JCM -VCF

## ORDER

Presently before the court is James Haines' unopposed emergency motion to compel United States marshal to provide eyeglasses to detainee (fourth request). (Doc. #50).

As stated in the motion, Haines has moved the court to compel the Marshal Service to provide eyeglasses on multiple occasions. (*See* Docs. #18, #30, #39, and #50). Further the court has granted Haines' motions several times. (Docs. #31, #36, and #40). Nevertheless, Haines still does not have glasses.

Haines now moves the court to compel the Marshal Service "to order prescription glasses (not just 'reading' glasses, but the frame and prescription glasses) for Mr. Haines." (Doc. #50). Haines has already been examined by a licensed eye doctor, and a prescription is ready to be ordered by Dr. Leaks in Pahrump, Nevada. (Doc. #50). Finally, Haines asks that the court order the Marshal Service to provide him with the glasses prior to being designated by the Bureau of Prisons. (Doc. #50).

**James C. Mahan**
**U.S. District Judge**

Good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that James Haines' unopposed emergency motion to compel United States Marshal to provide eyeglasses to detainee (doc. #50) be, and the same hereby is, GRANTED.

IT IS FURTHER ORDERED that the United States Marshal order and deliver prescription eyeglasses for Mr. Haines prior to his designation by the Bureau of Prisons.

DATED November 10, 2011.

_James C. Mahan_
**UNITED STATES DISTRICT JUDGE**